# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131490 & (11)


PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PATRICK JAMES McLEMORE,
     Defendant-Appellant.

SC: 131490
COA: 265881
Genesee CC: 99-004795-FC

_____/

     On order of the Court, the application for leave to appeal the May 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.

     KELLY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

Clerk

d1122